UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                            Case No: 8:21-bk-00095-MGW
                                                                  Chapter 7
DENNIS ALAN MAKI

Debtor(s)
_____/

**CONDITIONAL CONSENT TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL**
Re: 4730 Wolfram Lane, New Port Richey, FL 34653

The Secured Creditor, Reverse Mortgage Funding LLC, ("Secured Creditor") by and through its undersigned attorney, hereby responds to the Trustee's Motion to Sell the collateral property located at 4730 Wolfram Lane, New Port Richey, FL 34653-5655, pursuant to 11 U.S.C. §§ 361, 363, and respectfully states:

1. Debtor, DENNIS ALAN MAKI, filed a Chapter 7 bankruptcy petition for relief in the Middle District of Florida, Tampa Division on January 12, 2021.

2. Movant is the holder of an adjustable rate home equity conversion note ("Note") executed by DENNIS ALAN MAKI on September 16, 2016. The Note is secured by virtue of a reverse mortgage ("Mortgage") which encumbers Debtor's property located at 4730 Wolfram Lane, New Port Richey, FL. 34653.

3. The legal description of the Property is

    SUMMER LAKES TRACT 8, PB 31 PGS 60-61 LOT 20OB3491 PG 702

    Parcel No. 15-26-16-0100-00000-0200

4. Pursuant to the Statement of Intention, the property was surrendered.

5. On April 14, 2021, the discharge order was entered, and, as a consequence, the stay has been lifted as a matter of law pursuant to 11 U.S.C. § 362(c)(2).

6. As of August 31, 2021 Secured Creditor has a total outstanding debt of $112,207.65 at 3.695% rate of interest and; a mortgage insurance premium of 1.25% = $3.84 daily MIP. (See copy of a payoff good through August 31, 2021 as Exhibit "A"). Each day that passes by the account incurs additional expenses such as all contractual advances, MIP, servicing fees, and legal fees, in addition to per diem interest.

7. Pursuant to a Pasco County property appraiser, the collateral property has a value of approximately $142,557.00 and, accordingly, there is equity. (See copy of Pasco County appraiser report as Exhibit "B").

8. The trustee proposes to sell it in bankruptcy free and clear of all liens, with payment in full of all fees and costs. An "Estimated" Settlement Statement is attached to the motion with a closing date of October 22, 2021 as Exhibit 2-2. The settlement statement with a closing date of October 22, 2021 is also attached to the Application for Compensation of the realtor as Exhibit 25-1.

9. Secured Creditor's consent is conditioned on:

    a. Closing date of October 22, 2021, as relied upon by Secured Creditor and as reflected under the exhibits attached to the motion/application for compensation.

    b. Payment of the full amount of the debt, inclusive of all interests, contractual expenses, advances, fees and charges to be paid at closing Reverse Mortgage Funding LLC by wired funds or cashier checks, to be sent to the address as listed in the attached payoff, dependent on whether the funds are paid by wire transfer or certified funds. All other types of payment received (personal check, business check etc.) cannot be accepted and will be returned to sender.

    c. Secured Creditor requests proof of property insurance.

    d. A Report of sale filed within 48 hours of the sale and the deed recorded in the same registrar as the original.

10. Pursuant to the terms of the Mortgage contract, the Debtor is obligated to pay Movant's attorney fees and court costs. Movant has retained the undersigned counsel and has agreed to pay $500.00 as a reasonable fee for the services rendered in connection with this Motion, which required a review of the loan documents, review of the bankruptcy case, request for payoff, review of current taxes and insurance status of the loan, conferring with the chapter 7 trustee's counsel, correspondence with client and preparation of this response.

WHEREFORE, Reverse Mortgage Funding LLC requests the sale be approved with the additional conditions:

a) Closing date of October 22, 2021, as relied upon by Secured Creditor and as reflected under the exhibits attached to the motion/application for compensation; with an additional 60 days to close in the event an extension deadline is necessary.

b) Payment of the full amount of the debt, inclusive of all interests, contractual expenses, insurance and tax advances, fees and charges to be paid at closing to Reverse Mortgage Funding LLC by wired funds or cashier checks, to be sent to the address as listed in the payoff.

c) Proof of property insurance, if any.

d) A Report of sale filed within 48 hours of the sale and the deed recorded in the same Registrar as the original.

 /s/ Shirley Palumbo
Shirley Palumbo, Esq.
Florida Bar No. 73520
City Place, 525 Okeechobee Blvd, Suite 900
West Palm Beach, FL 33401
Tel: (561) 227-2370
Fax: (954) 771-9264
Email: Shirley.Palumbo@gmlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of September, 2021, I electronically filed this Conditional Consent to the Chapter 7 Trustee's Motion to Sell with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically.

*Attorney for Trustee*
**Richard M Dauval**
LeavenLaw
3900 First Street North, Suite 100
St. Petersburg, FL 33703

*Trustee*
**Nicole M Cameron**
Nicole M. Cameron, P.A.
235 Apollo Beach Boulevard, #231
Apollo Beach, FL 33572

*U.S. Trustee*
**United States Trustee - TPA7/13, 7**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

**I HEREBY CERTIFY** the foregoing document was served by first class, postage prepaid, U.S. Mail on to the persons and/or entities at the addresses noted herein as obtained from a current Mailing matrix obtained from the court's CM/ECF system:

*Debtor*
**Dennis Alan Maki**
4730 Wolfram Lane
New Port Richey, FL 34653-5655

**Clerk of Courts**
**Manatee County**
1115 Manatee Ave W.
Bradenton, FL 34205

/s/ Shirley Palumbo
Shirley Palumbo, Esq.
Florida Bar No. 73520
City Place, 525 Okeechobee Blvd, Suite 900
West Palm Beach, FL 33401
Tel: (561) 227-2370
Fax: (954) 771-9264
Email: Shirley.Palumbo@gmlaw.com